THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 31, 2019



Brett H. Ludwig
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| IN RE:   Randi J. Luznicky, | Case No. 18–30039–bhl |
|---|---|
| Debtor. | Chapter 7 |

### ORDER DISMISSING CASE

The Debtor failed to file Local Form 1007 - Payment Advice Cover Sheet, and pay stubs as appropriate, as required under Bankruptcy Code § 521 within 45 days of the filing of the petition. The Bankruptcy Code requires "automatic dismissal" of this case for failure to file this information.

The Court ORDERS that the Debtor's bankruptcy case is dismissed effective December 10, 2018 for failure to file Local Form 1007 - Payment Advice Cover Sheet, and pay stubs as appropriate, as required under Bankruptcy Code § 521 (a)(1)(B)(iv).

####